FILED 20 OCT '20 16:51 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-__496 HZ__ |
| v. | INDICTMENT |
| SKYLER ROY RIDER, | 18 U.S.C. § 231(a)(3) |
| | 18 U.S.C. § 111(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
(Civil Disorder)
(18 U.S.C. § 231(a)(3))

On or about October 7, 2020, in the District of Oregon, during a civil disorder, defendant **SKYLER ROY RIDER**, knowingly committed a violent act for the intended purpose of obstructing, impeding and interfering with a law enforcement officer who was lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed, delayed and adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

## COUNT 2
### (Felony Assault on a Federal Officer)
### (18 U.S.C. § 111(a))

On or about October 7, 2020, in the District of Oregon, defendant **SKYLER ROY RIDER** forcibly assaulted a Portland Police Bureau Officer (AV1) while that officer was deputized as a U.S. Marshal and engaged in official duties that included protecting federal property within 18 U.S.C. § 1114; defendant made physical contact with AV1 when he jabbed AV1 violently in the chest with the pointed end of an umbrella causing the officer reasonable apprehension of immediate bodily harm.

In violation of Title 18, United States Code, Section 111(a).

Dated: October 20, 2020.                                A TRUE BILL.

                                                        OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

KELLY A. ZUSMAN, OSB #891843
Assistant United States Attorney