**Alison M. Clark, OSB No. 080579**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: alison_clark@fd.org**
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **SKYLER ROY RIDER**, Defendant | Case No.  3:20-cr-00496-HZ<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE** |

I, Alison Clark, declare:

1. I am an Assistant Federal Public Defender and counsel of record for Skyler Roy Rider.

2. Mr. Rider was arraigned on October 26, 2020 for charges of Civil Disorder and Felony Assault on a Federal Officer.  Mr. Rider is presently out of custody.

3. A continuance of the trial date until a date after January 30, 2022 is necessary to provide the defense with adequate time to conduct independent investigation, including witness interviews; to engage in plea negotiations; and to prepare, if necessary, for trial.  The defense also

**Page 1- DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE**

requires additional time to complete research into possible defenses, to research and file appropriate legal motions, and to otherwise prepare for trial. The parties have also consulted and agreed that a one-year delay is in the interests of justice as it may enable a mutually agreeable disposition.

4.    Assistant United States Attorney Kelly Zusman has represented that she has no objection to the requested extension.

5.    Defense counsel has spoken with Mr. Rider and explained the bases for requesting a continuance, and the rights that he has under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)). Mr. Rider knowingly and voluntarily waives his rights under the Speedy Trial Act. He respectfully requests that the Court continue his trial date for at least one year.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 27th day of January, 2021.

*/s/ Alison M. Clark*
Alison M. Clark
Assistant Federal Public Defender

**Page 2- DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE**